IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>           )<br>     Plaintiff, )<br>           )<br>     v.    )<br>           )<br>TAUVAA A. WILLIAMS, )<br>           )<br>     Defendant. )<br>           ) | 8:05CR335<br><br>ORDER |

IT IS ORDERED:

Defendant's motion to extend motion deadline, filing 13, is granted and the deadline for filing pretrial motions is extended to September 21, 2005.

DATED this 16th day of September, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge